■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JASON, Appellant. [620 NYS2d 250] —Appeal by the defendant from a judgment of the County Court, Nassau County (Seybert, J.), rendered June 8, 1993, convicting him of criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecution established a sufficient chain of custody for the narcotics which were admitted into evidence. The prosecution witnesses provided reasonable assurances of the identity of the narcotics and of their unchanged condition (see, *People v Julian,* 41 NY2d 340, 343; *People v Barrero,* 190 AD2d 680; *People v Griffith,* 171 AD2d 678, 680-681; *People v Donovan,* 141 AD2d 835; *People v Piazza,* 121 AD2d 573).

Furthermore, viewing the evidence in the light most favorable to the People (see, *People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]). Copertino, J. P., Pizzuto, Santucci and Florio, JJ., concur.